GAIL A. ANDERSON, Now Known as GAIL A. HALIM, Also Known as GAIL A. DECKER, Appellant, v JOSEPH M. ANDERSON, Respondent.

Submitted February 21, 2017; decided April 27, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of BROOKFORD, LLC, Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents.

Submitted April 10, 2017; decided April 27, 2017

Motion by Margaret Schuette Friedman to vacate this Court's March 28, 2017 preclusion order granted.

COLLATERAL LOANBROKERS ASSOCIATION OF NEW YORK, INC., et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Decided April 27, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.